UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Darren Starr</u>

       v.                           Civil No. 09-cv-440-JL

<u>Greg Moore, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 27, 2010.

SO ORDERED.

August 18, 2010

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

cc:    Darren Starr, pro se