UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darren Starr

        v.        Civil No. 09-cv-440-JL

Greg Moore, et al.

### O R D E R

On July 20, 2011, the Court scheduled a Motion Hearing on Defendant's Motion for Protective Order. The hearing was scheduled for August 29, 2011 at 2 PM and Plaintiff Starr was to appear by video conference. Upon testing the equipment, the Court learned that the equipment at the NH State Prison was inoperable. Therefore, the hearing was rescheduled to September 2, 2011 at 2 PM.

The Court has been notified that an outside company has been summoned to the NH State Prison to fix their problem, however, it is not certain when this will happen.

It is, therefore, ordered that the NH Attorney General's Office arrange for Plaintiff Darren Starr to be transported to the U. S. District Court for the District of New Hampshire for his hearing on September 2, at 2 PM. If the video equipment is fixed before that time, the court will hold the hearing with Mr. Starr appearing via video.

SO ORDERED.

August 31, 2011

_____
Joseph N. Laplante
United States District Judge

cc:    Darren Starr, pro se
        Laura Lombardi, Esq.