UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Darren Starr

v.    Civ. No. 09-cv-440-JL

Greg Moore

**O R D E R**

Darren Starr moves to compel defendant to respond to three interrogatories (numbered 10, 11 and 12). Defendant objects.

At issue before the court is Starr's request for identifying information regarding the name and location of inmates who were working in the prison kitchen on certain days relevant to this action. Defendant objects to providing names and locations of the inmates based on institutional security concerns.

Without objection from either party, the court finds that it is appropriate at this time to appoint counsel to represent Starr for the limited purpose of conducting discovery in this case. It is the court's understanding that Attorney Sheehan agrees to this limited appointment. The court therefore appoints Attorney Michael Sheehan to represent Starr to conduct discovery in this case.

Pursuant to the parties' representations at the September 2, 2011, hearing in this matter, the parties will confer on a discovery and trial schedule, and will attempt to reach an agreement regarding outstanding scheduling and discovery issues. Such agreement should be submitted to the court for approval within twenty-one days of the date of this Order. If they cannot reach such an agreement, the parties are instructed to promptly notify the court of such disagreement and the reasons therefore.

Because Attorney Sheehan is appointed, at this time, for the limited purpose of conducting discovery on Starr's behalf, all correspondence to and from plaintiff, with either defendant or the court, will be forwarded to both Attorney Sheehan and Starr.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 2, 2011

cc: Darren Starr, pro se
Michael Sheehan, Esq.
Laura Lombardi, Esq.