Darren Stark v. Gregg Moore

09-cv-446-JL

The New Hampshire Department of Corrections is ordered to transport ~~[illegible]~~ inmate #77446 ~~#77446~~ to trial in this matter for Wed. April 4 in the afternoon after all other inmate witnesses have been returned to the prison. He shall be transported separately from any other inmates.

/s/ [signature] 4/3/12
US District Judge